Opinion filed February 9, 2006 












 
 
  
 
 







 
 
  
 
 




Opinion filed February 9, 2006 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-05-00164-CR 

                                                    __________

 

                          CHERRIE ELIZABETH PRESTON, Appellant

 

                                                             V.

 

                                        STATE
OF TEXAS, Appellee

 



 

                                         On
Appeal from the 104th District Court

 

                                                          Taylor
County, Texas

 

                                                 Trial
Court Cause No. 14,707-B

 



 

                                                                   O
P I N I O N

Cherrie
Elizabeth Preston has filed in this court a motion to withdraw her notice of
appeal.  The motion is signed by both
appellant and her counsel.  The motion is
granted.

The
appeal is dismissed.

 

February 9, 2006                                                                     PER
CURIAM

Do not publish.  See Tex.
R. App. P. 47.2(b).

Panel
consists of: Wright, C.J., and

McCall, J., and Strange, J.